IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Charles Hall,<br><br>Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>Respondents. | No. CV-23-08516-PCT-GMS-DMF<br><br>**ORDER** |

    Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Deborah M. Fine (Doc. 17) regarding petitioner's Motion for Injunction to Postpone Restitution Until Case Completion (Doc. 12). The R&R recommends that the Motion be denied. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 3 (citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Petitioner filed a response on February 22, 2024 (Doc. 21).

    The Court has considered Petitioner's response wherein Petitioner states he accepts the Court's recommendation and that his motion is moot. (Doc. 21, p. 4).

    The Court will accept the R&R and deny the Motion.

    **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 17) is accepted.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that Petitioner's Motion for Injunction (Doc. 12) is denied.

Dated this 10th day of June, 2024.

_____
G. Murray Snow
Chief United States District Judge

- 2 -