IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Charles Hall,<br><br>              Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>              Respondents. | No. CV-23-08516-PCT-GMS-DMF<br><br>**ORDER** |

      Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Deborah M. Fine (Doc. 18) regarding Respondent's Motion for Stay and Resetting of Filing Deadline for Answer to Amended Petition for Writ of Habeas Corpus (Doc. 13). The R&R recommends that the Motion be granted. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 8 (citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Petitioner filed a document entitled, "Petitioner Initiated Super Discovery" (Doc. 20) and Respondents filed a Response to Petitioner's filing (Doc. 22) and Petitioner filed a Reply to Respondent's Response (Doc. 23).

      The Court has considered the parties' filings and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). Petitioner's filing (Doc. 20)

appears to be a 50-page statement of facts along with 150 pages of exhibits.[1] Petitioner's reply (Doc. 23) to Respondent's response states Petitioner does not object to the stay (Doc. 23, p. 2). Petitioner's reply in support of his Super Notice seems to be more concerned that he filed the exhibits on the Court's docket for future consideration since he alleges his mail may be being censored by ADOC staff. (*Id.*).

The Magistrate Judge determines that Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 5) presents unexhausted claims, and it is difficult to discern whether the Amended Petition's claims are entirely unexhausted or a mix of unexhausted and technically exhausted claims. The Court agrees with the Magistrate Judge's determinations and that a stay, rather than a dismissal without prejudice, will avoid statute of limitations issues from a renewed filing of habeas proceedings after Petitioner's state court PCR proceedings relating to his manslaughter and theft of means of transportation convictions in Mohave County Superior Court (case number CR2021-00382) have concluded. The Court thus accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 18) is accepted and Respondent's Motion to Stay (Doc. 13) is granted.

**IT IS FURTHER ORDERED** that this matter be stayed through the conclusion of Petitioner's state court PCR proceedings relating to his manslaughter and theft of means of transportation convictions in Mohave County Superior Court (case number CR2021-

---

[1] To the extend Petitioner's filing is intended as an objection to the R&R, it is over-long. "Unless otherwise permitted by the Court, an objection to a Report and Recommendation issued by a Magistrate Judge shall not exceed ten (10) pages. Local R. Civ. P. 7.2(e)(3). However, in light of Petitioner's Reply stating he does not object to the stay, (Doc. 23, p. 2), the over-length filing is moot and will not be considered as an objection to the R&R.

- 2 -

00382) and that the Clerk of Court be directed to indicate on the docket that this case is stayed.

**IT IS FURTHER ORDERED** that Respondents' answer to the Amended Petition (Doc. 5) be due forty (40) days from Petitioner's status report reflecting that his state court PCR proceedings relating to his manslaughter and theft of means of transportation convictions in Mohave County Superior Court (case number CR2021- 00382) have concluded.

**IT IS FURTHER ORDERED** that Petitioner shall file a status report entitled "Notice of Status" with the Court within ninety days after this Order and within every sixty days thereafter regarding the status of his state court PCR proceedings relating to his manslaughter and theft of means of transportation convictions in Mohave County Superior Court (case number CR2021-00382).

Dated this 10th day of June, 2024.

G. Murray Snow
Chief United States District Judge