1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8

9   Anthony Charles Hall,                      No. CV-23-08516-PCT-GMS

10                    Petitioner,              **ORDER**

11   v.                                        **and**

12   State of Arizona, et al.,                 **DENIAL OF CERTIFICATE OF**
                                               **APPEALABILITY AND IN FORMA**
13                    Respondents.             **PAUPERIS STATUS**

14
15

16          Pending before the court is the Report and Recommendation ("R&R") of Magistrate

17   Judge Deborah M. Fine (Doc. 76) regarding petitioner's Amended Petition for Writ of

18   Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 5).  The R&R recommends that

19   the Amended Petition be denied and dismissed with prejudice.  The Magistrate Judge

20   advised the parties that they had fourteen days to file objections to the R&R.  (R&R at 19

21   (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d

22   1114, 1121 (9th Cir. 2003) (*en banc*)).  No objections were filed.

23          Because the parties did not file objections, the court need not review any of the

24   Magistrate Judge's determinations on dispositive matters.  See 28 U.S.C. § 636(b)(1); Fed.

25   R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003);

26   *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any

27   review at all . . . of any issue that is not the subject of an objection.").  The absence of a

28   timely objection also means that error may not be assigned on appeal to any defect in the

1    rulings of the Magistrate Judge on any non-dispositive matters.  Fed. R. Civ. P. 72(a) ("A

2    party may serve and file objections to the order within 14 days after being served with a

3    copy [of the magistrate's order]. A party may not assign as error a defect in the order not

4    timely objected to."); *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996);

5    *Phillips v. GMC*, 289 F.3d 1117, 1120-21 (9th Cir. 2002).

6         The Court will accept the R&R and dismiss the Amended Petition.  *See* 28 U.S.C.

7    § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in

8    part, the findings or recommendations made by the magistrate").

9         **IT IS ORDERED** that Report and Recommendation of the Magistrate Judge

10   (Doc.76) is accepted.

11        **IT IS FURTHER ORDERED** that the Clerk of the Court enter judgment denying

12   and dismissing petitioner's Amended Petition for Writ of Habeas Corpus filed pursuant to

13   28 U.S.C. § 2254 (Doc. 5) with prejudice.  The Clerk shall terminate this action.

14        A request for a certificate of appealability will be denied because dismissal is

15   justified by a plain procedural bar and reasonable jurists would not find the procedural

16   ruling debatable, because Petitioner has not "made a substantial showing of the denial of a

17   constitutional right[,]" and because jurists of reason would not find the Court's rejection

18   on constitutional grounds of Petitioner's actual innocence claims to be "debatable or

19   wrong." 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

20        Dated this 23rd day of December, 2024.

21

22             G. Murray Snow

23             Senior United States District Judge

24

25

26

27

28